THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher
 Carl Dixon, Appellant.
 
 
 

Appeal From Lexington County
Judge R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2009-UP-019
 Submitted January 2, 2009  Filed January
9, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Donald V. Myers,
 of Lexington, for Respondent.
 
 
 

PER CURIAM:  Christopher
 Dixon appeals his guilty plea to possession of cocaine and sentence of three
 years imprisonment suspended to eighteen months probation with alcohol testing
 and drug treatment.  Dixon alleges the
 plea did not meet the mandates of Boykin v. Alabama, 395 U.S. 238
 (1969).  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss Dixons appeal and grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.
WILLIAMS,
PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.